NO. SCPW-11-0000030

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

**Electronically Filed
Supreme Court
SCPW-11-0000030
24-MAR-2011
01:56 PM**

MATTHEW MURASKO, ALANE PODOLL and KYLE PODOLL,
Petitioners,

vs.

THE HONORABLE RHONDA I.L. LOO, JUDGE OF THE DISTRICT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI;
PAT CURELL and ROSINELI CURELL, Respondents.

ORIGINAL PROCEEDING
(DC-TRO 10-1-0202)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Nacino, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration,
filed on March 17, 2011 by respondents Pat Curell and Rosineli
Curell, and the record,

IT IS HEREBY ORDERED that the motion for
reconsideration is denied.

DATED: Honolulu, Hawaiʻi, March 24, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Edwin C. Nacino

